IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

ELSIE ROACH                                                                                    PLAINTIFF

vs.                                           Civil No. 1:08-cv-01038

MICHAEL J. ASTRUE                                                                      DEFENDANT
Commissioner, Social Security Administration

## JUDGMENT

Comes now the Court on this the 19th day of June 2009, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and Plaintiff's Complaint is hereby dismissed with prejudice.

   **IT IS SO ORDERED.**

                                                                                /s/  Barry A. Bryant
                                                                                HON. BARRY A. BRYANT
                                                                                U. S. MAGISTRATE JUDGE